

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allstate Northbrook Indemnity Company | |
| | Civil Action No.   25-cv-669-AJB-DEB |
| **Plaintiff,** | |
| **V.** | |
| Felipa Cazarez ,an individual | **DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants Allstate's motion for default judgment and Declares that: 1. Allstate did not receive any demand to settle, reasonable or otherwise; 2. Therefore, Allstate could not unreasonably  reject a reasonable demand to settle within the applicable policy limit; 3. Without first receiving a settlement demand or medical documentation, Allstate timely tendered the applicable policy limit; 4. Allstate performed the following express and implied obligations under the insurance contract: duty to defend, duty to indemnify up to the policy limits, and the implied covenant of good faith and fair  dealing which includes the duty to settle; 5. Allstate has no duty to pay anything more under the policy terms than the $50,000 per-person policy limit toward the automobile accident that occurred
between Felipa Cazarez and Martin Castro-Gonzalez in September 2019 and upon the basis for which the lawsuit, Castro-Gonzalez v. Cazarez, No. 37-2020-00017427-CU-PA-CTL (San Diego Super. Ct.), was filed; and that judgment in favor of Plaintiff Allstate Northbrook Indemnity Company and against Defendant Felipa Cazarez. The case is hereby closed.

**Date:** _____7/17/25_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By:  s/ M. Quinata _____

M. Quinata, Deputy